IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL WAYNE GUTHRIE, #1181451, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 3:07-CV-0895-D |
| | ) | |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Following *de novo* review, the court adopts the findings, conclusions, and recommendation.

**SO ORDERED**.

November 2, 2007.

                                                                                                                       SIDNEY A. FITZWATER
                                                                                                                       UNITED STATES DISTRICT JUDGE